# IN THE UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Criminal. No.: 2:21-cr-46 |
| | ) | |
| vs. | ) | |
| | ) | **Motion for Downward Variance** |
| Jermaine Tindal, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Jermaine Tindal comes before this Court to request a sentence below his 5 – 11 months guideline range. Since his release to supervision on December 7, 2021, Mr. Tindal has continued to maintain employment and to provide financial support for his young children. He has not tested positive for any prohibited substance and has participated in mental health counseling.

As to violations No. 1 and 2 of the supervised release violation report, Mr. Tindal has family in the area where he lives and often runs errands to help them. He also has a work schedule which has required travel and has unexpectedly kept him from reporting home on time. Each of the monitoring incidents listed in violations 1 and 2 have work or family related issues as their root cause, and there has not been any suspicious or criminal conduct involved in any of these incidents.

Respectfully submitted,

*/s/Charles W. Cochran*
Charles W. Cochran
Assistant Federal Public Defender

P.O. Box 876
Charleston, South Carolina
29402 (843) 727-4148

March 28, 2022